AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| [1] MARIA NICOLE PRUITT,<br><br>Plaintiff(s),<br><br>v.<br>[1] CHRIS MOORE, [2] TAZMANIAN DEVIL TRUCKING CO., [3] TIMOTHY W. MORROW, and [4] KENNY KYSER,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-866-HE<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TIMOTHY W MORROW
350 DEMEKA DR.
SOMERVILLE, TN 38068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. BRENT GALYON
7 SOUTH MICKEY MANTLE DR., SUITE 377
OKLAHOMA CITY, OK 73104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
4:33 pm, Aug 07, 2015
CARMELITA REEDER SHINN, Clerk

By: *Pamela L. Weeks*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

[1] MARIA NICOLE PRUITT, )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-15-866-HE
[1] CHRIS MOORE, [2] TAZMANIAN DEVIL )
TRUCKING CO., [3] TIMOTHY W. MORROW, )
and [4] KENNY KYSER, )
)
Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KENNY KYSER
350 DEMEKA DR.
SOMERVILL, TN 38068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. BRENT GALYON
7 SOUTH MICKEY MANTLE DR., SUITE 377
OKLAHOMA CITY, OK 73104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
**4:33 pm, Aug 07, 2015**
CARMELITA REEDER SHINN, Clerk



By: *Pamela L. Weeks*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| [1] MARIA NICOLE PRUITT,<br><br>Plaintiff(s),<br><br>v.<br>[1] CHRIS MOORE, [2] TAZMANIAN DEVIL TRUCKING CO., [3] TIMOTHY W. MORROW, and [4] KENNY KYSER,<br><br>Defendant(s). | Case No. CIV-15-866-HE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TAZMANIAN DEVIL TRUCKING CO.
9296 HERRINGTON HILL RD.
MILLINGTON, TN 38053

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. BRENT GALYON
7 SOUTH MICKEY MANTLE DR., SUITE 377
OKLAHOMA CITY, OK 73104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
4:33 pm, Aug 07, 2015
CARMELITA REEDER SHINN, Clerk

By: *Pamela L. Weeks*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Western District of Oklahoma

[1] MARIA NICOLE PRUITT, )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-15-866-HE
[1] CHRIS MOORE, [2] TAZMANIAN DEVIL )
TRUCKING CO., [3] TIMOTHY W. MORROW, )
and [4] KENNY KYSER, )
)
Defendant(s). )

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CHRIS MOORE
9296 HERRINGTON HILL RD.
MILLINGTON, TN 38053

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J. BRENT GALYON
7 SOUTH MICKEY MANTLE DR., SUITE 377
OKLAHOMA CITY, OK 73104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
4:34 pm, Aug 07, 2015
CARMELITA REEDER SHINN, Clerk
By: *Pamela L. Weeks*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*