IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIA NICOLE PRUITT,

        Plaintiff,

vs.                                  No. 16-cv-1027 RCB/JHR

CHRIS MOORE, TAZMANIAN DEVIL
TRUCKING CO., TIMMY MORROW, and
KENNY KYSER,

        Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the joint, unopposed motion of Plaintiff and Defendants for an Order dismissing the Plaintiff's Complaint with prejudice, and the Court having reviewed the pleadings and being otherwise fully advised in the premises;

FINDS, that the Plaintiff and the Defendants have represented that all matters in controversy between them have been fully and finally resolved, and that all claims against all Defendants shall be dismissed with prejudice;

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's Complaint and all causes of action contained therein or which could have been contained therein against all Defendants be and are hereby dismissed with prejudice.  The parties shall bear their own costs and attorneys' fees.

                                                                _____
                                                                 THE HONORABLE ROBERT C. BRACK
                                                                 U.S. DISTRICT COURT JUDGE

APPROVED AND SUBMITTED BY:

EATON LAW OFFICE, P.C.

By:*/s/ P. Scott Eaton*
      P. Scott Eaton
      Marianne Bowers
      *Attorneys for Defendant Morrow*

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.

By */s/Aaron R. Kugler approved via email 4/24/18*
      Aaron R. Kugler
      Courtney A. Schumacher
      *Attorneys for Defendant Kenny Kyser*

EDMONDS COLE LAW FIRM, P.C.

By */s/ Nevin R. Kirkland approved via email 4/24/18*
      Nevin R. Kirkland
      *Attorneys for Plaintiff*

*/s/ Justin Brent Gaylon approved via email 4/24/18*
Justin Brent Galyon
*Attorneys for Plaintiff*